PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Times Square
New York, NY 10036-6569
Tel.:   (212) 421-4100
Fax:   (212) 326-0806

*Attorneys for Megan E. Noh, Chapter 11 Trustee of P8H, Inc., d/b/a Paddle 8, Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

In re:

P8H, INC., d/b/a PADDLE 8,

                      Debtor.

-------------------------------------------------------x

MEGAN E. NOH, in her capacity as the Chapter 11 Trustee of P8H, INC., d/b/a PADDLE 8,

                      Plaintiff,

    - against –

JOHN TEXTOR, also known as JOHN C. TEXTOR, an individual, FUBOTV, INC. (formerly known as FACEBANK GROUP, INC.), a Florida corporation, *et al.*,

                      Defendants.

-------------------------------------------------------x

Chapter 11

Case No. 20-10809 (smb)

Adv. Proc. No. 20-01212 (smb)

**NOTICE OF VOLUNTARY DISMISSAL OF**
**CLAIMS AGAINST DEFENDANT JOHN TEXTOR**

      PLEASE TAKE NOTICE that plaintiff Megan E. Noh, solely in her capacity as the Chapter 11 Trustee ("Trustee") appointed for the bankruptcy estate of debtor P8H, Inc., d/b/a Paddle 8 (the "Debtor" or "P8H"), and not individually, voluntarily dismisses her claims alleged against

defendant JOHN TEXTOR, also known as JOHN C. TEXTOR, an individual, in the complaint in the above-captioned adversary proceeding pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (made applicable by Fed. R. Bankr. P. 7041).

This notice does not operate to dismiss to any claims alleged by the Trustee against any other defendants in the adversary proceeding.

Dated: New York, New York
November 2, 2020

**PRYOR CASHMAN LLP**

By: */s/ Richard Levy, Jr.*
Richard Levy, Jr.
7 Times Square
New York, New York  10036-6569
Tel.:   (212) 421-4100
Fax::   (212) 326-0806
rlevy@pryorcashman.com

*Attorneys for Megan E. Noh, Chapter 11*
*Trustee of P8H, Inc. d/b/a Paddle 8, Plaintiff*