# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 20-10809 (smb) |
| P8H, INC., d/b/a PADDLE 8, | Chapter 11 |
| Debtor. | |
| MEGAN E. NOH, in her capacity as the Chapter 11 Trustee of P8H, INC., d/b/a PADDLE 8, | Adv. No. 20-01212 (smb) |
| Plaintiff, | |
| v. | |
| JOHN TEXTOR, also known as JOHN C. TEXTOR, an individual, FUBOTV, INC. (formerly known as FACEBANK GROUP, INC.), a Florida corporation, DIGITAL COMMERCE STRATEGY AG (formerly known as FACEBANK AG), a Swiss joint stock company, FBNK FINANCE S.À.R.L., a Luxembourg limited liability company, and STOCKACCESS HOLDINGS SAS, a French joint stock company, | |
| Defendants. | |

**ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS FACEBANK GROUP, INC. AND DIGITAL COMMERCE STRATEGY AG PURSUANT TO F.R.C.P. 12(b)(6) AND F.R.B.P. 7012**

Upon the motion (the "Motion") by FBNK Finance S.a.r.l. ("FBNK") and Digital Commerce Strategy AG ("Digital Commerce" and, together with FBNK, the "Defendants"), for entry of an order dismissing all claims against the Defendants in the complaint filed by Megan E. Noh, Chapter 11 Trustee in the above captioned adversary proceeding pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Motion"); good and sufficient notice of the Motion having been provided; the Court having considered all papers submitted in support of and in opposition to the Motion; and

having heard oral argument on the Motion; and the Court finding good and sufficient cause for the relief requested in the Motion,

**IT IS HEREBY ORDERED,** that the Motion be and hereby is granted; and it is further

**ORDERED** that as to the Defendants only, the Complaint is dismissed for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED,** that the Defendants are dismissed from the Adversary Proceeding.

_____
Honorable Stuart M. Bernstein
United States Bankruptcy Judge

DATED:  November 16, 2020