**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
(973) 597-9119 (Fax)
jrabinowitz@rltlawfirm.com
Jonathan I. Rabinowitz
*Counsel to Defendant FBNK Finance S.a.r.l.*
*and Digital Commerce Strategy AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>P8H, INC., d/b/a PADDLE 8,<br><br>                Debtor. | Case No. 20-10809 (smb)<br><br>Chapter 11 |
| MEGAN E. NOH, in her capacity as the Chapter 11 Trustee of P8H, INC., d/b/a PADDLE 8,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN TEXTOR, also known as JOHN C. TEXTOR, an individual, FUBOTV, INC. (formerly known as FACEBANK GROUP, INC.), a Florida corporation, DIGITAL COMMERCE STRATEGY AG (formerly known as FACEBANK AG), a Swiss joint stock company, FBNK FINANCE S.À.R.L., a Luxembourg limited liability company, and STOCKACCESS HOLDINGS SAS, a French joint stock company,<br><br>                Defendants. | Adv. No. 20-01212 (smb) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO F.R.B.P. 7007.1 AND**
**L.B.R. 7007.1-1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, FBNK Finance , S.a.r.l. ("FBNK"), states that no parent corporation and no publicly held corporation owns 10% or more of FBNK's stock.

                              **RABINOWITZ, LUBETKIN & TULLY, LLC**
                              *Counsel to Defendant FBNK Finance S.a.r.l.*
                              *and Digital Commerce Strategy AG*

                          By:    s/ Jonathan I. Rabinowitz
                                  Jonathan I. Rabinowitz
                                  293 Eisenhower Parkway, Suite 100
                                  Livingston, New Jersey 07039
                                  (973) 597-9100
                                  (973) 597-9119 (Fax)
                                  jrabinowitz@rltlawfirm.com

DATED:  November 16, 2020