UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| P8H, INC., d/b/a PADDLE 8, | Case No. 20-10809 (smb) |
| *Debtor* | |
| ------------------------------------------------------------ | |
| MEGAN E. NOH, in her capacity as the Chapter 11 Trustee of P8H, INC., d/b/a PADDLE 8, | |
| *Plaintiff,* | Adversary Proceeding No. 20-01212-smb |
| vs. | |
| JOHN TEXTOR, also known as JOHN C. TEXTOR, an individual, FUBOTV, INC. (formerly known as FACEBANK GROUP, INC.), a Florida corporation, DIGITAL COMMERCE STRATEGY AG (formerly known as FACEBANK AG), a Swiss joint stock company, FBNK FINANCE S.À.R.L., a Luxembourg limited liability company, and STOCKACCESS HOLDINGS SAS, a French joint stock company, | |
| *Defendant*s. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Rule 2090-1 of the Local Bankruptcy Rules of

the United States Bankruptcy Court for the Southern District of New York, Roland Gary Jones,

hereby withdraws his appearance as counsel to John C. Textor in the above-captioned adversary

proceeding. The undersigned further requests that the Clerk of the United States Bankruptcy Court

for the Southern District of New York, remove him from the electronic and paper noticing matrix

for the above-captioned case.

Dated: December 28, 2020.
New York, New York

BY:    */s/ Roland Gary Jones*
        Roland Gary Jones (RGJ-6902)
        **JONES & ASSOCIATES**
        New York Bar No. RGJ-6902
        1325 Avenue of the Americas, 28th Floor
        New York, New York 10019
        Tel: (347) 862-9254
        Fax: (212) 202-4416
        Email: rgj@rolandjones.com