PRYOR CASHMAN LLP
Richard Levy, Jr.
Conrad K. Chiu
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
rlevy@pryorcashman.com
cchiu@pryorcashman.com

*Counsel for Megan E. Noh, Chapter 11 Trustee of P8H, Inc. d/b/a Paddle 8*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>P8H, INC. d/b/a PADDLE 8,<br><br>          Debtor. | Chapter 11<br><br>Case No. 20-10809 (SMB) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ESTATE OF P8H, INC. D/B/A PADDLE 8,<br><br>          Plaintiff,<br><br>          v.<br><br>VALENTINE UHOVSKI, ISABELA DEPCZYK, NORMAN HANSON, CHRISTOPHER HSU, PETER RICH, SERGEY SKATERSCHIKOV.<br><br>          Defendants. | Adv. Pro. No. 20-01081 (SMB) |

5205023

| | |
|---|---|
| MEGAN E. NOH, in her capacity as the Chapter 11 Trustee of P8H, INC., d/b/a PADDLE 8,<br><br>    Plaintiff,<br><br>- against –<br><br>FBNK FINANCE S.à.r.l.,<br><br>    Defendant. | Adv. Pro. No. 20-01211 (SMB) |
| MEGAN E. NOH, in her capacity as the Chapter 11 Trustee of P8H, INC., d/b/a PADDLE 8,<br><br>    Plaintiff,<br><br>- against –<br><br>JOHN TEXTOR, also known as JOHN C. TEXTOR, an individual, FUBOTV, INC. (formerly known as FACEBANK GROUP, INC.), a Florida corporation, DIGITAL COMMERCE STRATEGY AG (formerly known as FACEBANK AG), a Swiss joint stock company, FBNK FINANCE S.A.R.L., a Luxembourg limited liability company, and STOCKACCESS HOLDINGS SAS, a French joint stock company,<br><br>    Defendants. | Adv. Proc. No. 20-01212 (SMB) |

## NOTICE OF RESCHEDULING OF HEARINGS WITH RESPECT TO JANUARY 20, 2021 COURT HEARING

**PLEASE TAKE NOTICE** that the hearings on the following matters originally scheduled to be held on January 20, 2021, at 10:00 a.m. (EDT), have been rescheduled to ***February 17, 2021 at 10:00 a.m. (EDT)*** (the "Rescheduled Hearing"):

- Continued case management conference; and

- Pretrial conferences in the above-captioned adversary proceedings.

2

**PLEASE TAKE FURTHER NOTICE** that because of the COVID-19 pandemic, and in accordance with the Court's General Order M-543, dated March 20, 2020, the Rescheduled Hearing will be conducted telephonically. Parties should not appear at the courthouse in person; those wishing to participate in the Rescheduled Hearing must make arrangements through Court Solutions LLC, the online application through which the hearing will be conducted. Instructions to register for Court Solutions LLC are attached to the Court's General Order M-453.

**PLEASE TAKE FURTHER NOTICE** that copies of any pleadings scheduled to be heard at the Rescheduled Hearing are available to parties in interest on the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document).

**PLEASE TAKE FURTHER NOTICE** that the Rescheduled Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Rescheduled Hearing or at a later hearing.

Dated: January 19, 2021
New York, New York

**PRYOR CASHMAN LLP**

By: */s/ Richard Levy, Jr.*
Richard Levy, Jr.
7 Times Square
New York, N.Y. 10036-6569
Tel. (212) 421-4100
Fax. (212) 326-0806
Email: rlevy@pryorcashman.com

*Counsel for Megan E. Noh, Chapter 11 Trustee of P8H, Inc. d/b/a Paddle 8*

3